SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MIGUEL HERNANDEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BURGER BUDDIES, LLC D/B/A CARL'S JR.; KRYSTYNA LEIGH JAMIESON, AS TRUSTEE OF THE LEE AND KRYSTYNA JAMIESON TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-08034-FLA (RAOx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MIGUEL HERNANDEZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: November 21, 2024 **SO. CAL EQUAL ACCESS GROUP**

*/s/ Jason J. Kim*

JASON J. KIM
Attorney for Plaintiff